U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

APR 0 1 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RICHARD OWENS<br>LA. DOC #555917<br>VS. | CIVIL ACTION NO. 6:12-cv-1545<br><br>SECTION P<br><br>JUDGE RICHARD T. HAIK, SR. |
| WARDEN TERRY TERRELL | MAGISTRATE JUDGE C. MICHAEL HILL |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 27th day of March, 2013.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE